**Gary L. WISE, Plaintiff—Appellant,**

v.

**Eileen Judson PALMER, NP at Lieber Medical Facility; Jasmen Morales, a/k/a Yasminnie Morales, LPN at Lieber Medical Facility; Ryan Hutchinson, Doctor and Head Physician at Lieber Medical Facility; Martha Gedert, a/k/a Marti Gederts, Director and Health Care Administrator; Glenn Alewine, M.D.; Jamil A. El Shami, NP, Individually and in their Official Capacities, Defendants—Appellees.**

No. 05–6161.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 27, 2005.

Decided: Aug. 2, 2005.

Gary L. Wise, Appellant Pro Se. Norma Anne Turner Jett, Ness, Jett & Tanner, Bamberg, South Carolina, for Appellees.

Before KING, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gary L. Wise appeals the district court's order accepting the recommendation of the magistrate judge and denying Wise's motion for a preliminary injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Wise v. Palmer*, No. CA–04–1752–6–10AK (D.S.C. Jan. 28, 2005). We deny Wise's motion for an emergency hearing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*